IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mona Lisa Lacy,<br><br>            Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV-18-04117-PHX-SPL<br><br>**ORDER** |

Before the Court is a "Request [for] Leave to File Notice to this Court that Luther Monroe Woodcock, MD Fraudulent Misrepresentations and Determinations of Some of Plaintiff Lacy Medical Records and Other Similarly Situated Disabled Persons Is Widespread, Systemic, Large Scale Continual Pattern and Practice in Arizona, Oklahoma, California, Texas and Virginia" (Doc. 32) filed by non-party Movant Nevada Smith. It is unclear what relief Movant seeks from the Court in this case, which was remanded to the Social Security Administration and closed nearly two years ago (Doc. 28). Accordingly,

**IT IS ORDERED** that the Motion for Leave (Doc. 32) is **denied as moot**.

Dated this 2nd day of March, 2022.

Honorable Steven P. Logan
United States District Judge